UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KRISTEN KING,

            Plaintiff,

-against-                          Civil Action No. 1:19-cv-00077

ARAMARK SERVICES, INC.,            *Electronically filed*

            Defendant.

### DEFENDANT ARAMARK SERVICES, INC.'S
### PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Aramark Services, Inc. ("Defendant"), by and through its counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby respectfully moves this Court to dismiss Plaintiff's New York State Human Rights Law claims in their entirety, Plaintiff's gender-based hostile work environment harassment claims in their entirety, and Plaintiff's gender discrimination claims in their entirety, for the reasons more fully-explained in Defendant's Memorandum of Law in Support of its Partial Motion to Dismiss Plaintiff's Complaint and supporting Declaration of Patrick E. Fitzsimmons, both of which are attached hereto and incorporated by this reference.

Defendant intends to file a reply in further support of its motion.

Dated: Buffalo, New York                Respectfully submitted,
       March 13, 2019

                                            HODGSON RUSS LLP

                                            By: */s Patrick E. Fitzsimmons*
                                            Patrick E. Fitzsimmons
                                            The Guaranty Building
                                            140 Pearl Street, Suite 100
                                            Buffalo, NY 14202
                                            Phone: (716) 848-1710
                                            Fax: (716) 961-9965
                                            *pfitzsim@hodgsonruss.com*

MORGAN, LEWIS & BOCKIUS LLP

Chelsea L. Conanan (*admission application pending*)
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6326
Fax: (212) 309-6001
*chelsea.conanan@morganlewis.com*

OF COUNSEL

Anne E. Martinez (*admission application pending*)
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5718
Fax: (215) 963-5001
*anne.martinez@morganlewis.com*

## **CERTIFICATE OF SERVICE**

I, Patrick E. Fitzsimmons, hereby certify that a true and correct copy of the foregoing Partial Motion to Dismiss, accompanying Memorandum of Law and Declaration, were filed electronically on March 13, 2019, and is available to all counsel of record for viewing and downloading from the ECF system including:

> Josephine A. Greco
> GRECO TRAPP, PLLC
> 1700 Rand Building, 14 Lafayette Square
> Buffalo, New York 14203
> E-mail Address: *jgreco@grecolawyers.com*
>
> *Attorney for Plaintiff*

/s/ Patrick E. Fitzsimmons
Patrick E. Fitzsimmons