**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

KRISTEN KING,

                Plaintiff,

      -against-

ARAMARK SERVICES, INC.,

                Defendant.

Civil Action No. 1:19-cv-00077

*Electronically filed*

---

### DECLARATION OF PATRICK E. FITZSIMMONS IN SUPPORT OF DEFENDANT ARAMARK SERVICES, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, Patrick E. Fitzsimmons, declare as follows:

1. I am an attorney with the law firm of Hodgson Russ LLP, attorneys of record for Defendant Aramark Services, Inc. ("Defendant"). I am an attorney in good standing admitted to practice in the State of New York and have been admitted to appear before this Court.

2. I respectfully submit this Declaration in further support of Defendant's Partial Motion to Dismiss Plaintiff's Complaint.

3. Submitted herewith is a true and correct copy of Plaintiff's résumé, attached as Exhibit 1. Confidential, trade secret, proprietary, and/or competitively-sensitive business information of Defendant has been redacted.

4. Submitted herewith is a true and correct redacted copy of Plaintiff's Form I-9, attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2019 in Buffalo, New York.


                                                  By:     */s  Patrick E. Fitzsimmons*
                                                                 Patrick E. Fitzsimmons, Esq.