# EXHIBIT 1

# Kristen A King

350 Old Stanley Road, Stanley, VA 22851      Work: (540) 327-1785
E-mail: king-kristen@aramark.com      Cellular : REDACTED

---

**SUMMARY**      Proven results leading quality improvements in customer service, employee engagement and quality care measures. Adept at developing new programs which significantly improve financial results. Ten years in contract Healthcare management. Background includes ten years exemplary leadership in the United States Coast Guard.

**KEY COMPETENCIES INCLUDE**

- Excels at leading, directing, and supporting a team in a diverse environment
- Possess high analytical and communication skills
- Exceptional organizational and time management skills with a proven track record of growing accounts
- Site Selection, Design, Construction & Renovations
    - Proven track record of completing difficult projects on schedule within budgets to produce greater than projected results
- Experience leading day-to-day operations in a high volume, fast paced working environment.
- Ability to utilize innovative techniques to obtain desired goals
    - Fully certified in creative problem solving and facilitation
- Assisted in the development of procedures for consistency in the quality within the organization
- Analyzed work flows to incorporate quality controls and reduced reportable incidents to 0% system-wide
- Proven success identifying and resolving customer and internal problems in an expeditious manner
- Outstanding client and customer relations skills

**EDUCATION**      State University of New York College at Buffalo, Buffalo, New York

*Masters of Science (M.S.) – Creativity and Innovation*, Deans List Honors
         December 2011
*Bachelors of Arts (B.A.) – Business Management and Marketing*, Deans List Honors      December 2002

**EXPERIENCE**      ARAMARK Healthcare at Valley Health      April 2012 to present
Valley Health System Winchester, Virginia

*General Manager, Food and Nutrition*

- Lead seven hospitals and a team of 300+
- REDACTED
- REDACTED
- Successfully converted two hospitals from old facilities to new hospital/locations without interruption of any services
- Expanded base business over two years to include REDACTED

KRISTEN A KING                                                                                        PAGE 2

*General Manager, Food and Nutrition; cont'd*

- Total managed volume: REDACTED
- Improved *Press Ganey* (acute) and *My Innerview* (Long Term care) scores in all categories (Quality, Accuracy, Courtesy, Overall Experience and Overall Quality)
- Successfully passed all regulatory agency inspections (44 surveys, four agencies, three years)
- Increased retail revenue REDACTED

ARAMARK Healthcare at Kaleida Health             June 2005-June 2010
Buffalo General Hospital Buffalo New York

*Director, Food and Nutrition*

- Accountable for patient feeding in excess of 1250 meals per day as well as managing a $REDACTED retail space
- Increased Press Ganey ranking from 1 to 43 (discharge) as of January 2010
- Successfully led team through a Joint Commission survey
- Ability to write and manage client and ARAMARK yearly budgets.
- Increased retail revenue REDACTED
- Increased catering revenue REDACTED
- Decreased employee turnover from REDACTED

Millard Fillmore Suburban Hospital, Williamsville, New York

*Director, Food and Nutrition*

- Accountable for patient feeding in excess of 606 meals per day as well as managing a half a million-dollar retail space(s)
- Ability to write and manage client and ARAMARK yearly budgets
- Successfully designed, developed and rolled out patient feeding system of hotel style Room Service for Millard Fillmore Suburban Hospital
- Increased patient satisfaction from 4th Press Ganey to 85th within two quarters
- Increased retail revenue REDACTED
- Increased catering revenue REDACTED
- Decreased employee turnover REDACTED in comparison to previous year

Millard Fillmore Gates Hospital, Buffalo, New York

*Director, Food and Nutrition*

- Accountable for patient feeding in excess of 714 meals per day and managing retail space with revenues well above $REDACTED
- Lead a complete re-location of existing retail space and effectively opened within projected target as well as budget

- Created new job descriptions in preparation for Room Service and successfully presented to Union contract writers and SEIU union members which in turn were accepted.
- Ensured compliance with all regulatory agencies in connection with a long-term care facility
- Effectively prepared department to allow for a citation free visit from numerous New York State Department of Health inspections
- Participated in a United States Federal department of Health survey and effectively lead the team to another citation free visit
- Increased retail revenue REDACTED in comparison to the previous year
- Increased catering revenue REDACTED in comparison to the previous year
- Decreased employee turnover REDACTED in comparison to previous year

<u>T.G.I. Friday's/Dynamic Corporation, Buffalo, New York</u>            8/2004-6/2005
*Accountant*

<u>T.G.I. Friday's/Dynamic Corporation, Buffalo, New York</u>            5/1999-8/2004
*Manager*

AWARDS            US Foods "***Premier Illuminating Excellence Award***" nationwide nomination; 2009

*Food Service Directors Magazine*: Cover article for innovative plan for room service; 2008

***Business First***: Article: Changing the view on hospital food service; 2008

***ARAMARK Regional "I Impact" Award*** for commitment and leadership; 2006

***United States Coast Guard "Galley of the Year"*** runner up; 1998
***United States Coast Guard "Outstanding Performance";*** 6/97-6/98

REFERENCES        Professional and personal references are available upon request.