# EXHIBIT 2



# Employment Eligibility Verification

## Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) | | |
|---|---|---|---|---|---|
| King | Kristen | A | N/A | | |

| Address (Street Number and Name) | Apt. Number | City or Town | | State | Zip Code |
|---|---|---|---|---|---|
| 350 Old Stanley Rd | N/A | Stanley | | VA | 22851 |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | king-kristen@aramark.com | ▮▮▮▮▮ |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- [✓] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States *(See instructions)*
- [ ] 3. A lawful permanent resident (Alien Registration Number/USCIS Number): _____
- [ ] 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy) _____

    Some aliens may write "N/A" in the expiration date field. (See instructions)
*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

**1.** Alien Registration Number/USCIS Number: _____

### OR

**2.** Form I-94 Admission Number: _____

### OR

**3.** Foreign Passport Number: _____

    Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee   Kristen A King (e-sign - I Agree) | Today's Date (mm/dd/yyyy) 08/29/2017 |
|---|---|

## Preparer and/or Translator Certification (check one):

- [✓] I did not use a preparer or translator.
- [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

| Last Name(Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | Zip Code |
|---|---|---|---|
| | | | |

🛑 *Employer Completes Next Page* 🛑



# Employment Eligibility Verification

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | King | Kristen | A | 1 |

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|

| | Document Title: Driver's License Issued by State or Possession with Photo<br>Issuing Authority: Virginia<br><br>Document #: T66749728<br><br>Expiration Date: 09/28/2020 | Document Title: Social Security Account Number Card Without Employment Restriction<br>Issuing Authority: Social Security Administration<br><br>Social Security Number: ▓▓▓▓▓<br><br>Expiration Date: N/A |
|---|---|---|

Additional Information

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

**The employee's first day of employment** *(mm/dd/yyyy)*: _____06/10/2006_____ **(See instructions for exemptions)**

| Signature of Employer or Authorized Representative<br>Kristen A King (e-sign - Login Id) | Today's Date (mm/dd/yyyy)<br>08/29/2017 | Title of Employer or Authorized Representative<br>Multi-service Management.Facilities.General Manager |
|---|---|---|
| Last Name of Employer or Authorized Representative<br>King | First Name of Employer or Authorized Representative<br>Kristen | Employer's Business or Organization Name<br>300974000 Valley Health - Admin |

| Employer's Business or Organization Address(Street Number and Name)<br>1840 Amherst Street<br>ARAMARK | City or Town<br>WINCHESTER | State<br>VA | Zip Code<br>22604 |
|---|---|---|---|

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |
| | | | |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any)(mm/dd/yyyy) |
|---|---|---|
| | | |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|
| | | |