UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KRISTEN KING

                              Plaintiff,              Index No. 1:19-cv-00077-GWC

    v.

ARAMARK SERVICES, INC.

                              Defendant.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 5, 2019, I electronically filed this Declaration of Josephine A. Greco, Esq., executed April 5, 2019, and Memorandum of Law in Opposition to Defendant's Partial Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) and with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

                        Chelsea L. Conanan, Esq.
                        101 Park Avenue
                        New York, New York 10178
                        T: 212-309-6326
                        F: 212-309-6001
                        Email: chelsea.conanan@morganlewis.com

                        Patrick E. Fitzsimmons, Esq.
                        The Guaranty Building
                        140 Pearl Street, Suite 100
                        Buffalo, New York 14202
                        T: 716-848-1710
                        F: 716-961-9965
                        Email: pfitzsim@hodgsonruss.com

Dated: April 5, 2019
       Buffalo, New York                  s/Josephine A. Greco
                                            Josephine A. Greco, Esq.
                                            GRECO TRAPP, PLLC
                                            Attorneys for Plaintiff
                                            1700 Rand Building
                                            14 Lafayette Square
                                            Buffalo, New York 14203

        Telephone No.:  (716) 856-5800
        E-mail Address:  jgreco@grecolawyers.com