UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KRISTEN KING

                Plaintiff,                Index No. 1:19-cv-00077-GWC

    v.                                **NOTICE OF MOTION**

ARAMARK SERVICES, INC.

                Defendant.

**PLEASE TAKE NOTICE** that Plaintiff, Kristen King, by and through her attorneys, Greco Trapp, PLLC, hereby moves before the Hon. Geoffrey W. Crawford, Chief Judge at the United State Courthouse, 2 Niagara Square, Buffalo, New York on _____, 2020 at _____ a.m./p.m. for an Order compelling Defendant to respond fully to Plaintiff's First Request for Production of Documents Directed to Defendant and to Plaintiff's First Set of Interrogatories Directed to Defendant, an Order extending the deadlines set forth in the Court's Case Management Order, filed November 18, 2019, by holding them in abeyance until an order has been issued by this Court relative to Plaintiff's Motion to Compel, and then issuing a new Case Management Order, together with such other and further relief as the Court deems just, necessary, and proper. This motion is based upon all filings filed to date and is supported by the Declaration of Josephine A. Greco, Esq., dated October 20, 2020. Plaintiff intends to file Reply papers in further support of this motion.

DATED:    October 20, 2020
                Buffalo, New York

                                        *s/Josephine A. Greco*
                                        Josephine A. Greco, Esq.
                                        Earl K. Cantwell, III, Esq.
                                        Greco Trapp, PLLC
                                        Attorneys for Plaintiff
                                        1700 Rand Building
                                        14 Lafayette Square
                                        Buffalo, New York 14203
                                        Tel: (716) 856-5800

E-mail:  jgreco@grecolawyers.com

TO:    Chelsea L. Conanan, Esq.
101 Park Avenue
New York, New York 10178
T: 212-309-6326
F: 212-309-6001
Email: chelsea.conanan@morganlewis.com

Patrick E. Fitzsimmons, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
T: 716-848-1710
F: 716-961-9965
Email: pfitzsim@hodgsonruss.com