**EXHIBIT "AA"**

**King, Kristen**

| | |
|---|---|
| From: | Williford, Jacob |
| Sent: | Thursday, July 23, 2015 7:33 PM |
| To: | King, Kristen |
| Subject: | Tomorrow |
| | |
| Categories: | Thomas |

Gruff has asked I help him starting at noon at winchester for his budgets. Sorry! Its not about us I don't think.

Jacob Williford | Aramark | Unit Controller | Valley Health
1840 Amherst Dr., Winchester, VA 22601
M: (540) 326-1696
O: (540) 536-4165

© 2014 Aramark. All rights reserved. This communication, including attachments, is for the exclusive use of addressee as directed by Aramark and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
PLEASE PRINT RESPONSIBLY