UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KRISTEN KING,

                  Plaintiff,                  **DECLARATION**

  v.

                                              Civ. No. 1:19-cv-00077-GWC

ARAMARK SERVICES, INC.,

                  Defendant.
_____

      Josephine A. Greco, Esq., declares under the penalty of perjury under the laws of the United States of America that the following is true and correct:

      1.      I am a member of the law firm of Greco Trapp, PLLC, attorneys for Plaintiff, KRISTEN KING, and am duly licensed to practice law in the State of New York and before this Court. I am fully familiar with all the factual procedural history of this action and this Declaration is based upon that knowledge.

      2.      I make this Declaration in opposition to Defendant's Motion for Summary Judgment.

      3.      All exhibits have been annexed to Plaintiff's Counterstatement of Contested Material Facts.

      4.      A chronological Timeline of Events (Ex. L to CSF) and Timeline of King's Complaints and Aramark's Retaliatory Responses (Ex. FFF to CSF) have been created from the facts in this case set forth in Plaintiff's Counterstatement of Contested Material Facts ("CSF") and supporting evidentiary citations, and King's Declaration in Opposition to Defendant's Motion for Summary Judgment ("King Decl.") and are attached hereto.

2

5.       The EEOC stamped the Charge of Discrimination as received on July 18, 2018. In fact, as evidenced by the correspondence of Josephine A. Greco dated July 17, 2018 to the EEOC (Ex. MMM to CSF), the Charge of Discrimination was hand-delivered by our office to the EEOC on July 17, 2018.

6.       For the reasons set forth in her Memorandum of Law, based on the facts set forth in Plaintiff's Counterstatement of Contested Material Facts, both of which are incorporated by reference herein, Defendant's Motion for Summary Judgment should be denied in its entirety.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant an Order denying Defendant's Motion for Summary Judgment in its entirety, together with such other and further relief as the Court deems just and proper.

Dated:  December 20, 2021
        Buffalo, New York                      s/ Josephine A. Greco
                                                  Josephine A. Greco, Esq.