Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____


KRISTEN KING                                         **JUDGMENT IN A CIVIL CASE**
                                                                             CASE NUMBER: 19-CV-77

    v.

ARAMARK SERVICES, INC.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendant's Motion for Summary Judgment is Granted.


Date: May 9, 2022                                       MARY C. LOEWENGUTH
                                                       CLERK OF COURT

                                                       By: s/Jennifer V.
                                                             Deputy Clerk