UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KRISTEN KING,

                Plaintiff,                        **NOTICE OF APPEAL**

      v.                                          Index No. 1:19-cv-00077-GWC

ARAMARK SERVICES, INC.,

                Defendant.

---

      **NOTICE** is hereby given that Plaintiff, KRISTEN KING, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from:

      The Opinion and Order issued by the Hon. Geoffrey W. Crawford, United States District Judge for the Western District of New York, dated July 29, 2019, and entered and filed on July 30, 2019, which granted, in part, Defendant's Partial Motion to Dismiss by dismissing Plaintiff's NYSHRL claims, namely, her Second, Fourth and Sixth Counts of her Complaint dated and filed on January 14, 2019; and

      The final Judgment dated, entered and filed in this action on May 9, 2022, and Opinion and Order issued by the Hon. Geoffrey W. Crawford, United States District Judge for the Western District of New York, dated, entered, and filed in this matter on May 9, 2022, which granted Defendant's Motion for Summary Judgment.

Dated:  June 6, 2022
          Buffalo, New York

                                          s/Josephine A. Greco
                                          Josephine A. Greco, Esq.
                                          GRECO TRAPP, PLLC
                                          *Attorneys for Plaintiff*
                                          1700 Rand Building
                                          14 Lafayette Square
                                          Buffalo, New York 14203
                                          Telephone: (716) 856-5800
                                          E-mail: jgreco@grecolawyers.com

TO:  Anne E. Martinez, Esq.
      Morgan, Lewis & Bockius LLP
      *Attorneys for Defendant*
      1701 Market Street
      Philadelphia, Pennsylvania 19103
      T: (215) 963-5718
      Email: anne.martinez@morganlewis.com