**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

KRISTEN KING,

                                        Plaintiff,

vs.

                                                        **STIPULATION OF**
                                                        **DISMISSAL WITH PREJUDICE**

                                                        Civil Action No.: 1:19-cv-00077-EAW-LGF

ARAMARK SERVICES, INC.,

                                        Defendant.

          **IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned, the attorneys of record for the parties to the above-captioned action, as follows:

          1.          The above-named parties are all of the parties who have appeared in this action.

          2.          None of the above-named parties are an infant, an incompetent person for whom a

committee has been appointed, or a conservatee.

          3.          There being no person not a party who has an interest in the subject matter of this

action, the parties hereby stipulate and agree that this action shall be dismissed pursuant to

Federal Rule of Civil Procedure 41(a), with prejudice and on the merits, each party to bear their

own attorney's fees and costs incurred prior to the date of this stipulation.

Dated: Buffalo, New York
          August 20, 2024

Greco Trapp, PLLC                              Morgan, Lewis & Bockius LLP

By:                                            By:

Josephine A. Greco, Esq.

1700 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Telephone: (716) 856-5800
Email: jgreco@grecolawyers.com
*Counsel for Plaintiff*

Christopher A. Parlo, Esq.

101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Email: chris.parlo@morganlewis.com
*Counsel for Defendant*

**SO ORDERED** this 27th day of September, 2024:

Hon. Elizabeth A. Wolford, Chief United States District Judge
United States District Court